CONSUMER LAW OFFICE OF MARIE NOEL APPEL
Marie Noel Appel (SBN 187483)
44 Montgomery Street, Suite 3830
San Francisco, California 94104
Tel. (415) 901-0508
Fax. (415) 901-0504
marie@consumerlaw.ws

(Additional Counsel Listed on Signature Page)

Attorneys for Plaintiffs
Elmer and Kathy Buick

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELMER and KATHY BUICK,<br><br>Plaintiffs,<br><br>vs.<br><br>WORLD SAVINGS BANK, TRANSAMERICAN FINANCIAL CORPORATION,<br><br>Defendants. | **Case No:** 2:07-CV-01447-MCE-KJM<br><br>**STIPULATION AND ORDER FOR FILING OF SECOND AMENDED COMPLAINT AND VACATING HEARING DATE ON DEFENDANT WORLD SAVINGS BANK'S MOTION TO DISMISS**<br><br>Action Filed: May 15, 2007<br>Trial Date: None Set<br><br>JURY TRIAL DEMAND |

   IT IS HEREBY STIPULATED by and between Defendant World Savings Bank, FSB and Plaintiffs Elmer and Kathy Buick through their respective attorneys of record that Plaintiffs may file a Second Amended Complaint in lieu of filing an opposition to WORLD SAVINGS BANK, F.S.B.'S MOTION TO DISMISS, OR IN THE ALTERNATIVE MOTION TO STRIKE, OR IN THE ALTERNATIVE MOTION FOR A MORE DEFINITE STATEMENT OF PLAINTIFFS' FIRST AMENDED COMPLAINT. Plaintiffs will file their Second Amended Complaint on or before October 22, 2007.

   IT IS FURTHER STIPULATED that, in light of the above stipulation, Defendant World Savings Bank requests that the Court vacate the November 2, 2007 hearing date for the

above-referenced motion.

      Defendant Transamerican Financial Corporation has not yet appeared in this action.

Dated:                                                                                          Dated:

_____                    _____
Gary S. Caplan, Attorneys for Defendant           Marie Noel Appel, Attorneys for Plaintiffs
WORLD SAVINGS BANK, FSB                           ELMER AND KATHY BUICK


      IT IS SO ORDERED.


Dated:  October 19, 2007

                                            _____
                                            MORRISON C. ENGLAND, JR
                                            UNITED STATES DISTRICT JUDGE