BRIAN DeAMICIS
State Bar No. 74312
The Law Offices of Brian DeAmicis
2200 L Street
Sacramento, CA  95816
(916) 440-8833/FAX (916)498-1870

Attorney for Defendant
Transamerican Financial Corporation

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| ELMER BUICK and KATHY BUICK, | Case No. 2:07-cv-01447-MCE-KJM |
| Plaintiffs, | |
| v. | ORDER CONTINUING HEARING DATE |
| WORLD SAVINGS BANK; TRANSAMERICAN FINANCIAL CORPORATION | Hearing Date:  January 25, 2008<br>Hearing Time:  9:00 a.m.<br>Courtroom       3<br>Hon. Morris C. England |
| Defendants. | |

By stipulation of counsel and good cause appearing,

IT IS ORDERED THAT:

The hearing on the motion of defendant Transamerican Financial Corporation to Dismiss or for a More Definite Statement now set for January 11, 2008, at 9 a.m., be continued to January 25, 2008, at 9 a.m.

Dated:  January 9, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Order Continuing Hearing Date