IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELMER BUICK, et al.,

       Plaintiffs,                            No. CIV 07-1447 MCE KJM

    vs.

WORLD SAVINGS BANK, et al.,

       Defendants.                     <u>ORDER</u>

_____/

        Plaintiffs' motion to compel came on regularly for hearing on June 10, 2009. Marie Appel appeared for plaintiffs. Brian DeAmicis appeared midway through hearing for defendant Transamerican. Keith Yandell monitored the hearing telephonically for defendant World Savings Bank. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

        1. The motion to compel further responses to interrogatories and production of documents, set one, is denied as unnecessary.

        2. The motion to compel production of documents, set two, is granted. Responsive documents shall be produced, without objection, within fourteen days.

/////

1

        3.  Reasonable expenses incurred in connection with this motion are awarded to plaintiffs against defendant Transamerican in the amount of $2500.00.

DATED: June 11, 2009.

_____
U.S. MAGISTRATE JUDGE

006
buick.oah