UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ELMER and KATHY BUICK,　　　　　　　No. 2:07-CV-01447-MCE-KJM

　　　　Plaintiffs,

　　v.　　　　　　　　　　　　　　　　MEMORANDUM AND ORDER

WORLD SAVINGS BANK,
TRANSAMERICAN FINANCIAL
CORPORATION,

　　　　Defendants.

----oo0oo----

The Court is in receipt of Defendant Transamerican Financial Corporation's request for substitution of attorney. Defendant proposes to proceed *pro se*. However, for a number of reasons, a corporation is not permitted to represent itself. See, e.g., United States v. High Country Broadcasting Co., Inc., 3 F.3d 1244, 1245 (9th Cir. 1993).

///

///

///

1

1  Accordingly, Defendant's request is DENIED.
2       IT IS SO ORDERED.
3
   Dated: June 11, 2009

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE