IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELMER BUICK, et al.,

      Plaintiffs,                           No. CIV 07-1447 MCE KJM

   vs.

WORLD SAVINGS BANK, et al.,

      Defendants.                    <u>ORDER</u>

_____/

      Plaintiff's motion for sanctions for failure to comply with the court's order came on regularly for hearing on July 8, 2009. Marie Appel appeared telephonically for plaintiffs. No appearance was made for defendants. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

      1. Defendant Transamerican has failed to fully comply with the order filed June 11, 2009. Specifically, defendant has failed to serve a verified response and has failed to produce tax returns and identify shareholders. Defendant shall fully comply with the June 11, 2009 order no later than July 13, 2009. Failure to comply with this order will result in a recommendation that plaintiff be allowed to amend the complaint to name the shareholders as defendants and allege a claim that the corporate veil is pierced sufficient to find that the shareholders are liable

1 for any judgment that may be awarded against Transamerican, and further, that said claim be
2 deemed admitted.  No later than July 17, 2009, plaintiff shall advise the court by letter brief
3 whether defendant Transamerican has fully complied with the discovery order.  Reply to the
4 letter brief may be filed no later than July 24, 2009.

5    2.  Reasonable expenses incurred in connection with this motion are awarded to
6 plaintiffs against defendant Transamerican in the amount of $750.00.

7 DATED: July 8, 2009.

_____
U.S. MAGISTRATE JUDGE

25 006
buick3.oah