CONSUMER LAW OFFICE OF MARIE NOEL APPEL
Marie Noel Appel (SBN 187483)
44 Montgomery Street, Suite 3830
San Francisco, California 94104
Tel. (415) 901-0508
Fax. (415) 901-0504

Attorneys for Plaintiffs
Elmer and Kathy Buick

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER and KATHY BUICK<br><br>Plaintiffs,<br><br>vs.<br><br>WORLD SAVINGS BANK, TRANSAMERICAN FINANCIAL CORPORATION,<br><br>Defendants. | **Case No:** 2:07-CV-01447-MCE-KJM<br><br>STIPULATION AND ORDER PERMITTING PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO SETTLEMENT TO BE FILED UNDER SEAL<br><br>Action Filed: May 15, 2007<br>Trial Date: February 7, 2011<br><br>Honorable Morrison C. England, Jr. |

## RECITALS

The parties named below, through their respective counsel, hereby stipulate and agree as follows:

1. On December 22, 2008, this Court entered the Stipulated Protective Order (Dkt. 45) to govern confidential documents in this case.

2. On November 4, 2009, Plaintiffs' and World Savings Bank, FSB, n/k/a Wachovia Mortgage, FSB, (hereinafter "Wachovia") entered into a confidential Settlement Agreement and Release resolving their respective claims and defenses in this action which the parties to the settlement have agreed will be governed by the terms of the Stipulated Protective Order, and designated as "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY."

3. Plaintiff's Application for Attorneys' Fees and Costs Pursuant to Settlement and

PDF created with pdfFactory trial version www.pdffactory.com

supporting declarations include a copy of the confidential Settlement Agreement and Release and reference the specific terms of the confidential settlement throughout.

4. Plaintiffs hereby respectfully request that the Court grant an Order permitting Plaintiffs' to file the Application for Attorneys' Fee Pursuant to Settlement and supporting documents under seal.

5. Under the terms of the settlement agreement, Wachovia has the right to oppose Plaintiff's Application for Attorneys' Fees and Costs. Wachovia joins in this request to file documents under seal, and seeks an order that its opposition papers also be filed under seal.

6. Transamerican Financial Corporation does not oppose this request, or the designation of the Settlement Agreement and Release as "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY," for the limited purpose of permitting Plaintiff's Application for Attorneys' Fees and Costs, and any opposing papers, to be filed under seal. Transamerican Financial Corporation does not waive, and reserves its right, to contest the confidential designation of the Settlement Agreement and Release pursuant to the terms of the Stipulated Protective Order.

**STIPULATION**

Based upon the facts set forth in paragraphs above, the Plaintiffs and Wachovia hereby stipulate to the filing of Plaintiffs' Application for Attorneys' Fee Pursuant to Settlement, supporting documents, and opposing papers, if any, under seal.

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

STIPULATION AND [PROPOSED] ORDER PERMITTING PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES TO BE FILED UNDER SEAL

2

PDF created with pdfFactory trial version www.pdffactory.com

I hereby attest that I have received approval to file this document from the other signatories whose signatures are indicated below by a "conformed" signature (/s/).

Respectfully submitted,

DATED: March 25, 2010  CONSUMER LAW OFFICE OF MARIE NOEL APPEL
THE LAW OFFICES OF DANIEL HARRIS

      /s/ Marie Noel Appel
Marie Noel Appel, Attorneys for Plaintiffs
ELMER AND KATHY BUICK

DATED: March 25, 2010  REED SMITH LLP

      /s/ Gary S. Caplan
Gary S. Caplan, Attorneys for Defendant
WORLD SAVINGS BANK, FSB

Dated: March 25, 2010  THE LAW OFFICES OF BRIAN DEAMICIS

      /s/ Brian DeAmicis
Brian DeAmicis, Attorneys for Defendant
TRANSAMERICAN FINANCIAL CORP.

ORDER

Pursuant to the foregoing Stipulation of the parties, and good cause appearing therefore, the Court hereby orders that Plaintiffs' Application for Attorneys' Fee Pursuant to Settlement, supporting documents, and opposition papers be filed under seal.

IT IS SO ORDERED.

DATED: March 25, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER PERMITTING PLAINTIFFS' APPLICATION FOR ATTORNEYS' FEES TO BE FILED UNDER SEAL     3

PDF created with pdfFactory trial version www.pdffactory.com