1  THE LAW OFFICES OF DANIEL HARRIS
2  Daniel Harris
   Anthony Valach
3  150 N. Wacker Drive, Suite 3000
   Chicago, IL  60606
4  Tel. (312) 960-1802
   Fax. (312) 960-1936
5
6  Attorneys for Plaintiffs
   Elmer and Kathy Buick
7
8              UNITED STATES DISTRICT COURT
9          FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER and KATHY BUICK<br><br>Plaintiffs,<br><br>vs.<br><br>WORLD SAVINGS BANK, TRANSAMERICAN FINANCIAL CORPORATION,<br><br>Defendants. | **Case No:** 2:07-CV-01447-MCE-KJM<br><br>ORDER PREMITTING PLAINTIFFS' REQUEST TO APPEAR BY TELEPHONE FOR JUNE 10, 2010 HEARING ON APPLICATION FOR ATTORNEYS FEES<br><br>Hearing Date:  June 10, 2010<br>Time:               2:00 p.m.<br>Courtroom:      7<br>Honorable Morrison C. England, Jr.<br><br>Action Filed:  May 15, 2007<br>Trial Date: February 7, 2011 |

Counsel for Plaintiffs, Marie Appel, Daniel Harris, Anthony Valach, are permitted to appear by telephone for the June 10, 2010 hearing on Plaintiffs' Application for Attorneys Fees. The Court can contact Ms. Appel at 415-901-0508 and Messrs. Harris and Valach 312-960-1802 for the hearing.

IT IS SO ORDERED.

Dated: May 26, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE