1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11   ELMER and KATHY BUICK,              No. 2:07-cv-01447-MCE-KJM

12            Plaintiffs,

13      v.                               ORDER

14   WORLD SAVINGS BANK,
     TRANSAMERICAN FINANCIAL
15   CORPORATION,

16            Defendants.

17                            ----oo0oo----

18

19       On November 8, 2010, the Magistrate Judge filed findings and

20   recommendations herein which were served on Plaintiffs and which

21   contained notice to Plaintiffs that any objections to the

22   findings and recommendations were to be filed within fourteen

23   (14) days.  None of the parties have filed objections to the

24   findings and recommendations.

25       The Court has reviewed the file, and finds the findings and

26   recommendations to be supported by the record and by the

27   Magistrate Judge's analysis.

28   ///

                                   1

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.   Terminating sanctions are issued against Defendant

3   Transamerican Financial Corporation;

4        2.   Judgment is entered against Defendant Transamerican

5   Financial Corporation and in favor of Plaintiffs in the amount of

6   $10,000.00 which is payable to Plaintiffs not later than ten (10)

7   days from the date this Order is electronically filed;

8        3.   Defendant Transamerican Financial Corporation shall file

9   a notice with the Court that the sum of $10,000.00 has been paid

10  to Plaintiffs in full not later than fifteen (15) days from the

11  date this Order is electronically filed.  Failure to pay said

12  sanctions, and/or file the notice of payment as required herein,

13  may result in additional sanctions.

14       The Final Pretrial Conference, scheduled for December 9,

15  2010, at 2:00 PM, is vacated, and Plaintiffs' request to appear

16  telephonically is DENIED as moot.

17       IT IS SO ORDERED.

18   Dated: December 8, 2010

19

20                            _____

21                            MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28