UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER and KATHY BUICK<br><br>Plaintiffs,<br><br>vs.<br><br>WORLD SAVINGS BANK, TRANSAMERICAN FINANCIAL CORPORATION,<br><br>Defendants. | **Case No:** 2:07-CV-01447-MCE-KJM<br><br>ORDER TO PERMITTING PLAINTIFFS TO APPEAR BY TELEPHONE FOR MARCH 17, 2011 HEARING FOR ORDER TO SHOW CAUSE<br><br>Date:         November 17, 2010<br>Time:         10:00 a.m.<br>Courtroom:  26<br>Honorable Morrison C. England, Jr. |

Counsel for Plaintiffs, Marie Appel, Daniel Harris, Anthony Valach, are permitted to appear by telephone for the March 17, 2011 hearing on this Court's Order to Show Cause. The Court can contact Ms. Appel at 415-901-0508 and Messrs. Harris and Valach 312-960- 1802 for the hearing.

IT IS SO ORDERED.

DATED: 3/16/2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE