UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ELMER and KATHY BUICK,                    No. 2:07-cv-01447-MCE-CKD

       Plaintiffs,

  v.                                        **ORDER**

WORLD SAVINGS BANK,
TRANSAMERICAN FINANCIAL
CORPORATION,

       Defendants.

----oo0oo----

On May 5, 2011, this Court held an Order to Show Cause hearing, whereby the Court accepted the parties' proposal for settlement of all remaining issues of the case. In response to subsequent requests for status, Plaintiffs have confirmed they have received Defendant Transamerican Corp.'s settlement funds, thereby concluding the case (See ECF No. 129).

///

///

///

///

///

1

1  Accordingly, no matters presently outstanding, the Clerk of
2 Court is ordered to close the case.
3  IT IS SO ORDERED.
August 5, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE